People v Moore (2024 NY Slip Op 01495)

People v Moore

2024 NY Slip Op 01495

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: WHALEN, P.J., LINDLEY, GREENWOOD, NOWAK, AND KEANE, JJ. (Filed Mar. 15, 2024.)

KA 23-00780.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
ERNASTIAZE MOORE, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford , 71 AD2d 38 [1979]). (Appeal from Judgment of Seneca County Court, Barry L. Porsch, J. - Attempted Assault, 2nd Degree).